

# Department of Law
*Monroe County, New York*

**Adam J. Bello**
*County Executive*

**John P. Bringewatt**
*County Attorney*

July 3, 2024

*By email*
Hon. Marian W. Payson
United States Magistrate Judge
U.S. Courthouse, 100 State Street
Rochester, NY 14614

Re:  *Hinchman v. Jolly, et al.,* Case No. 23-cv-6514

Dear Judge Payson:

I represent defendants Scott Jolly, Nicholas Priolo, Andrew Charvat, and Todd Baxter (the "County Defendants") in the above-referenced case.

On consent of counsel for the Plaintiff in this action, I am respectfully requesting a 90-day extension of all deadlines in the December 13, 2023 scheduling order entered in this case.  The parties are requesting the extension because (1) the discovery in this case involves a voluminous amount of documents that require a significant amount of time to gather and review, (2) the undersigned counsel encountered delays in responding to Plaintiff's discovery requests, and putting forward the County Defendants' own discovery requests, due to a particularly heavy workload in the past months, and (3) Plaintiff has indicated that he has ongoing medical treatment, and is gathering those records to produce.

For example, Plaintiff's request of "[a]ll emails regarding the Incident" required an extensive review for responsiveness and relevancy, and also involved a very time consuming privilege review.

Despite the aforementioned obstacles, the County Defendants have produced over 1000 pages of documents and 34 video files to-date, and continue to proceed in good faith to respond to Plaintiff's discovery requests.

If the Court is inclined to grant the request, the new deadlines would be (starting with paragraph 4 of the scheduling order):

- Telephone status conference to be held on November 11, 2024.
- Factual discovery to be completed by November 28, 2024.
- Plaintiff shall identify expert witnesses and provide reports by January 2, 2025.  Defendants shall identify expert witnesses and provide reports by February 6, 2025.  Parties shall complete expert discovery by March 13, 2025.
- Dispositive motions shall be filed by May 15, 2025.

---

39 West Main Street  •  Room 307  •  Rochester, New York 14614
(585) 753-1380 • Fax:  (585) 753-1331 • www.monroecounty.gov • email: *law@monroecounty.gov*

Thank you for your consideration of this request.  Should the Court have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

/s/ *Miguel A. Munoz*

Miguel A. Munoz
Deputy County Attorney
Tel. (585) 753-1413
miguelmunoz@monroecounty.gov

cc:  Counsel of record, *by email*

The joint request is granted.  The deadlines shall be extended as proposed herein.  The **Telephone Status Conference** set for August 13, 2024 is adjourned until **November 12, 2024**, at **10:40 a.m.**  *Dial-in instructions will be emailed to counsel prior to the conference.*
IT IS SO ORDERED.

                            *s/Marian W. Payson*
                            Hon. Marian W. Payson
                            United States Magistrate Judge

Dated: July 3, 2024