UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NICHOLAS HINCHMAN,

                              Plaintiff,

      v.

SCOTT JOLLY, *et al.*,

                             Defendants.
_____

**AMENDED SCHEDULING ORDER**

23-CV-6514 EAW

      Pursuant to a joint motion (Dkt. 24) for a 120-day extension of the discovery deadlines, and good cause having been shown, it is hereby

      ORDERED that this Court's October 25, 2024 Amended Scheduling Order (Dkt. 21) is amended as follows:

      1.    All factual discovery in this case, including depositions, shall be completed on or before **June 26, 2025**. All motions to compel discovery shall be filed at least thirty (30) days prior to the factual discovery cutoff.

      2.    Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **July 31, 2025**. Defendant shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **September 4, 2025**. Parties shall complete all discovery relating to experts, including depositions, by **October 9, 2025**.

3. Dispositive motions, if any, shall be filed no later than **December 11, 2025**.

4. A trial date status conference pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined after determination of dispositive motions. If no dispositive motions are filed, counsel shall **immediately** contact the Court so that a trial date status conference can be scheduled.

No extension of the above cutoff dates will be granted except upon written application, made prior to the cutoff date, showing good cause for the extension. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

**SO ORDERED.**

_____
COLLEEN D. HOLLAND
United States Magistrate Judge

Dated: Rochester, New York
       February 27, 2025